**Luis HERNANDEZ, a/k/a Larry Stanford, Petitioner–Appellant,**

**v.**

**State of NORTH CAROLINA; Cumberland County; David Mitchell, Respondents–Appellees.**

**No. 01–8102.**

United States Court of Appeals, Fourth Circuit.

Submitted April 15, 2002.

Decided July 29, 2002.

Luis Hernandez, Appellant Pro Se.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Luis Hernandez seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Hernandez v. North Carolina,* No. CA–01–657–5 (E.D.N.C. Aug. 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*